| | |
|---|---|
| SCOTT N. SCHOOLS<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>THEOPHOUS H. REAGANS, CBN 189450<br>Special Assistant United States Attorney | *E-Filed 9/13/2007* |

  333 Market Street, Suite 1500
  San Francisco, California 94105
  Telephone: (415) 977-8943
  Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTA SAXTON,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-2448<br><br>STIPULATION FOR EXTENSION OF TIME<br>TO FILE DEFENDANT'S ANSWER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 14-day extension of time up to and through September 10, 2007, in which to e-file his answer. This extension is requested because counsel for Defendant inadvertently failed to accurately calendar the answer due date. Counsel is filing the answer today (September 5, 2007) but requests an additional two days to allow the AUSA to file a certified copy of the transcript. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated:  9/5/07                    */s/ Harvey P. Sackett*
                                  *(As authorized via email on 8/5/07)*
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff


                                  SCOTT N. SCHOOLS
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX


Dated:  9/5/07            By:      */s/ Theophous H. Reagans*
                                  THEOPHOUS H. REAGANS
                                  Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 13, 2007          _____
                                   United States Magistrate Judge

2