| | |
|---|---|
| HARVEY P. SACKETT (72488)<br>SACKETT AND ASSOCIATES<br>A PROFESSIONAL LAW CORP.<br>1055 Lincoln Avenue<br>Post Office Box 5025<br>San Jose, California 95150-5025<br>Telephone: (408) 295-7755<br>Facsimile: (408) 295-7444 | *E-FILED 10/9/07* |

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERTA SAXTON, | ) | Civil No. C07-2448 RS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Friday, October 19, 2007 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (9) in and around this time period.

1

STIPULATION AND ORDER

1
2
3          SCOTT N. SCHOOLS
           United States Attorney
4
5
  Dated: October 3, 2007          /s/
6                                 THEOPHOUS H. REAGANS
                                  Special Assistant U.S. Attorney
7
8
9
10
  Dated: October 3, 2007          /s/
11                                HARVEY P. SACKETT
                                  Attorney for Plaintiff
12                                ROBERTA SAXTON
13
14 IT IS SO ORDERED.
15
16 Dated:  October 9, 2007        _____
17                                HON. RICHARD SEEBORG
                                  United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

                              2
   STIPULATION AND ORDER