SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

*E-FILED 11/15/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTA SAXTON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-2448<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION AND ORDER THEREON |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through December 13, 2007, in which to e-file his Cross Motion for Summary Judgment. This extension is requested because Defendant needs additional time to further review the merits of the decision

| | |
|---|---|
| Dated: 11/14/07 | */s/ Harvey P. Sackett* |
| | *(As authorized via email on 11/14/07)* |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

| | | |
|---|---|---|
| Dated: 11/4/07 | By: | */s/ Theophous H. Reagans* |
| | | THEOPHOUS H. REAGANS |
| | | Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 15, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2