1  SCOTT N. SCHOOLS
   United States Attorney
2  LUCILLE GONZALES MEIS                              *E-FILED 2/5/08*
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SAXTON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-2448<br><br>STIPULATION FOR SENTENCE FOUR REMAND; ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

1) Re-evaluate Claimant's credibility pursuant to Social Security Ruling 96-7p;

2) Obtain supplemental vocational expert testimony to determine if Claimant can perform her past relevant work as she performed it or other work existing in the economy in significant number; and

3) Otherwise develop the record as needed.

|   |   |   |
|---|---|---|
| Dated: December 12, 2007 |  | /s/ Harvey P. Sackett |
|  |  | (As signed via fax) |
|  |  | HARVEY P. SACKETT |
|  |  | Attorney at Law |
|  |  | Attorney for Plaintiff |

McGREGOR W. SCOTT
United States Attorney

Dated: December 12, 2007   By:   */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
REGIONAL CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: __February 4, 2008_____   _____
HON. RICHARD SEEBORG
United States Magistrate Judge