```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2  LUCILLE GONZALES MEIS                          *E-FILED 4/1/08*
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    THEOPHOUS H. REAGANS, CBN 189450
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN JOSE DIVISION
11

12
13  ROBERTA SAXTON,           )
                              )          CIVIL NO. 07-02448
14      Plaintiff,            )
                              )          STIPULATION FOR PAYMENT OF
15      v.                    )          ATTORNEY FEES UNDER THE EQUAL
                              )          ACCESS TO JUSTICE ACT (28 U.S.C. §
16  MICHAEL J. ASTRUE,        )          2412(d)
    Commissioner of           )
17  Social Security,          )          AND ORDER THEREON
                              )
18      Defendant.            )
                              )
19
```

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND NINE HUNDRED dollars and ZERO cents ($4,900.00) This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND NINE HUNDRED dollars and ZERO cents ($4,900.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees

in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: March 26, 2008

/s/ *Harvey P. Sackett*
*(As authorized via telephone on 03/08/08)*
HARVEY P. SACKETT
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: March 26, 2008    By:    /s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 1, 2008

HON. RICHARD SEEBORG
United States Magistgrate Court Judge